Court Clerk,        COA Case No. 08-14-00166-CR                    9-18-15
              Trial Ct No. 1655        PD-1146-15

I would like to update my address:        Billy Stofan #1930361
RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk
                                          Eastham Unit
                                          2665 Prison Road #1
                                          Lovelady, Tx. 75851

I would also like to inform the Court that I have not recieved any of the Trial Transcripts Ordered on July, 29th, 2015; which is preventing me the ability to prepare my P.D.R. This was notified on my Pro Se motion for extension, yet nothing has been corrected to date.

                                   Respectfully Submitted,

                                   Billy Stofan